904

No. 75–1447. Berger, Commissioner, Department of Social Services of New York v. Aitchison. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–1261. Butz, Secretary of Agriculture v. Hein; and

No. 75–1355. Burns, Commissioner, Department of Social Services of Iowa, et al. v. Hein. Appeals from D. C. S. D. Iowa. Motion of appellee Hein for leave to proceed in forma pauperis granted. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 402 F. Supp. 398.

No. 75–909. Environmental Protection Agency v. Brown, Governor of California, et al.; and Environmental Protection Agency v. Arizona et al. C. A. 9th Cir. Reported below: 521 F. 2d 827 (first case); 521 F. 2d 825 (second case);

No. 75–960. Environmental Protection Agency v. Maryland et al. C. A. 4th Cir.

No. 75–1050. Virginia ex rel. Air Pollution Control Board v. Train, Administrator, Environmental Protection Agency. C. A. D. C. Cir.

No. 75–1055. Train, Administrator, Environmental Protection Agency v. District of Columbia et al. C. A. D. C. Cir.